UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC EHMANN,<br><br>                                       Plaintiff,<br>   v.<br>DESERT PALACE, LLC, et al.,<br>                                      Defendants. | Case No. 2:19-cv-01199-APG-BNW<br><br>AMENDED ORDER |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) and Amended Complaint (ECF No. 4) in this matter were both filed July 10, 2019. No answer has been filed. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal (disqualification). LR 7.1-1(a) states, in pertinent part, that "pro se parties and attorneys for private non-governmental parties must identify in the disclosure statement all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case."

The disclosure statement must include the following certification:

> The undersigned, pro se party, certifies that the following may have a direct, pecuniary interest in the outcome of this case: (here list the names of all such parties and identify their connection and interests.) These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.
>
> Signature of pro se party.

Plaintiff must file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary

1

interest in the outcome of the case. If there are no known interested parties other than those participating in the case, "a statement to that effect will satisfy the rule." LR 7.1-1(b). Additionally, plaintiff must promptly file a supplemental notice "upon any change in the information that this rule requires." LR 7.1-1(c).

Accordingly,

**IT IS ORDERED** that plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than August 8, 2019.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 26th day of July, 2019.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE