1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeff Silvestri (NSBN 5779)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorney for Defendant American Gaming
Association*

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ERIC EHMANN,

Plaintiff,

vs.

DESERT PALACE, LLC, a Domestic
Corporation, PARIS LAS VEGAS
OPERATING COMPANY, LLC, a
Domestic Corporation, CAESARS
ENTERPRISE SERVICES, LLC, a
Foreign Corporation, CPLV
MANAGER, LLC, a Foreign
Corporation, CEOC, LLC, a Foreign
Corporation, CAESARS
ENTERTAINMENT CORPORATION,
a Foreign Corporation, CAESARS
RESORT COLLECTION, LLC, a
Foreign Corporation, and AMERICAN
GAMING ASSOCIATION, a Foreign
Corporation,

Defendants.

CASE NO.: 2:19-cv-01199-APG-BNW

**JOINT STIPULATION RE SECOND
AMENDED COMPLAINT AND TIME TO
RESPOND TO SAME**

Pursuant to Local Rules IA 6-2 and 7-1, Plaintiff Eric Ehmann ("Plaintiff"), *pro se*, and Defendant American Gaming Association ("AGA"), by and through its counsel McDonald Carano LLP, hereby stipulate and agree as follows:

(1) Plaintiff filed a Complaint and an Amended Complaint in this case.

(2) On July 17, 2019, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (the "Motion"). *See* ECF No. 6.

(3) Plaintiff has not yet served the Complaint or Amended Complaint upon AGA.

(4) On July 30, 2019, Plaintiff and defendants Desert Palace, LLC, Paris Las Vegas Operating Company, LLC, Caesars Enterprise Services, LLC, CPLV Manager, LLC, CEOC, LLC, Caesars Entertainment Corporation, and Caesars Resort Collection, LLC (collectively, the "Caesars Defendants") stipulated to permit Plaintiff to file his Second Amended Complaint (the "SAC") and that the Caesars Defendants' time to respond to the SAC pursuant to FRCP 12 would be 60 days after the date the Court entered an order on Plaintiff's Motion. *See* ECF No. 11.

(5) On July 31, 2019, the Court entered the Order granting Plaintiff and the Caesar Defendants' stipulation. *See* ECF No. 14.

(6) On August 14, 2019, the Court entered an Order granting Plaintiff's Motion. *See* ECF No. 15.

(7) Consistent with the foregoing Orders, Plaintiff and AGA have reached an agreement whereby AGA's counsel will accept service of process of the Complaint, Amended Complaint, and SAC on AGA's behalf.

(8) Additionally, Plaintiff and AGA agree that AGA shall have 60 days from August 14, 2019 to respond to Plaintiff's operative complaint pursuant to FRCP 12.

///
///
///
///
///
///
///
///
///
///
///
///

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966



Plaintiff and AGA submit the foregoing, which is not for the purpose of delay, and request that the Court enter the Order included.

Dated this 26th day of August, 2019.

ERIC EHMANN

By: /s/ Eric Ehmann
    Eric Ehmann, Pro Se
    PO Box 2366
    Appleton, Wisconsin
    Tel: 920-277-6757
    etehmann@gmail.com

    *Plaintiff*

MCDONALD CARANO LLP

By: /s/ Rory T. Kay
    Jeff Silvestri (NSBN 5779)
    Rory T. Kay (NSBN 12416)
    McDONALD CARANO LLP
    2300 W. Sahara Ave, Suite 1200
    Las Vegas, NV 89102

    *Attorney for Defendant American*
    *Gaming Association*

DATED: August 28, 2019

**IT IS SO ORDERED:**

_____
United States Magistrate Judge