David E. Zerhusen
Nevada Bar No. 14154
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV 89169
Telephone: 702.470.2330
Facsimile: 702.470.2370
Email: dzerhusen@cozen.com

Amy B. Alderfer
Nevada Bar No. 15004
1299 Ocean Ave, Ste. 900
Santa Monica, CA 90401
Telephone: 213.892.7941
Facsimile: 213.784.9067
Email: aalderfer@cozen.com

Attorneys for Defendants Desert Palace, LLC,
Paris Las Vegas Operating Company, LLC,
Caesars Enterprise Services, LLC, CPLV
Manager, LLC, CEOC, LLC, Caesars
Entertainment Corporation, LLC, and Caesars
Resort Collection, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

ERIC EHMANN,

          Plaintiff,

   vs.

DESERT PALACE, LLC, a Domestic
Corporation, PARIS LAS VEGAS
OPERATING COMPANY, LLC, a
Domestic Corporation, CAESARS
ENTERPRISE SERVICES, LLC, a
Foreign Corporation, CPLV MANAGER,
LLC, a Foreign Corporation, CEOC, LLC,
a Foreign Corporation, CAESARS
ENTERTAINMENT CORPORATION, a
Foreign Corporation, CAESARS RESORT
COLLECTION, LLC, a Foreign
Corporation, and AMERICAN GAMING
ASSOCIATION, a Foreign Corporation,

          Defendants.

Case No.: 2:19-cv-01199-APG-BNW

Honorable Andrew P. Gordon

**JOINT STIPULATION OF ALL PARTIES TO
EXTEND TIME FOR DEFENDANTS TO
FILE REPLIES IN SUPPORT OF PENDING
MOTIONS TO DISMISS**

**(FIRST REQUEST)**

**ORDER**

Pursuant to LR IA 6-1, Plaintiff Mr. Eric Ehmann, *pro se*, ("Plaintiff") and Defendants Desert Palace, LLC, Paris Las Vegas Operating Company, LLC, Caesars Enterprise Services, LLC, CPLV Manager, LLC, CEOC, LLC, Caesars Entertainment Corporation, and Caesars Resort Collection, LLC (the "Caesars Defendants") and Defendant American Gaming Association ("AGA") (collectively, the "Stipulating Parties") hereby stipulate as follows:

1. The Caesar's Defendants time to file a Reply Brief in Support of the Caesars Defendants' Motion to Dismiss (Dkt. No. 24) is hereby extended seven (7) days. Any reply brief submitted in further support of the Caesars Defendants' Motion to Dismiss shall be filed on or before Friday, November 1, 2019.

2. AGA's time to file a Reply Brief in Support of AGA's Supplemental Motion to Dismiss (Dkt. No. 26) is hereby extended to on or before Friday, November 1, 2019.

3. The Caesars Defendants' counsel requested that all Parties agree to this proposed joint stipulation in light of the Caesars Defendants' counsel's travel schedule the week of October 21, 2019.

4. Furthermore, Plaintiff served both his Opposition to the Caesars Defendants' Motion to Dismiss ("Opposition to Caesars MTD") and a Motion for Leave to Amend to File a Third Amended Complaint ("Motion for Leave") on Friday, October 18. Plaintiff served his Opposition to AGA's Motion to Dismiss on Sunday, October 20 ("Opposition to AGA MTD").

5. By extending the time to file replies to Plaintiffs' Opposition to Caesars MTD and Opposition to AGA MTD, the Defendants responses to both the Oppositions and Motion for Leave will be filed on the same day—November 1, 2019.

6. No prior extension has been requested by any party.

/ / /

/ / /

/ / /

/ / /

LEGAL\43364068\1
4817-1899-8186, v. 1

The Stipulating Parties respectfully submit the foregoing and request that the Court enter the Order included below.

Respectfully submitted this 22nd day of October 2019.

/s/ Eric Ehmann
Eric Ehmann, pro se
PO Box 2366
Appleton, Wisconsin
(P) (920) 277-6757
Etehmann@gmail.com

/s/ David Zerhusen
David Zerhusen (No. 14154)
**COZEN O'CONNOR**
Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
(P)(702) 470-2320
(F)(702) 470-2355
DZerhusen@cozen.com

Amy Alderfer (No. 15044)
**COZEN O'CONNOR**
1299 Ocean Ave., Ste. 900
Santa Monica, CA 90401
Telephone: 213.892.7941
Facsimile: 213.784.9067
Email: aalderfer@cozen.com

*Counsel for Desert Palace, LLC, Paris Las Vegas Operating Company, LLC, Caesars Enterprise Services, LLC, CPLV Manager, LLC, CEOC, LLC, Caesars Entertainment Corporation, and Caesars Resort Collection, LLC*

/s/ Rory T. Kay
Jeff Silvestri (No. 5779)
Rory T. Kay (12416)
**McDONALD CARANO**
2300 W. Sahara Ave., Ste. 1200
Las Vegas, Nevaada 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Counsel for Defendant American Gaming Association*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____10/22/2019_____

LEGAL\43364068\1
4817-1899-8186, v. 1